**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Stephen D. WILEY, Appellee.**

Supreme Court of Pennsylvania.

Oct. 27, 2015.

### ORDER

PER CURIAM.

AND NOW, this 27th day of October, the Order of the Court of Common Pleas is

hereby **AFFIRMED**. *See Commonwealth v. Hopkins,* —— Pa. ——, 117 A.3d 247 (2015).